IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-cv-00538

MADISON BESSIE KIDD, as )
Administrator of the Estate of )
EDWARD RANDALL KIDD, deceased, )
)
Plaintiff, )
)
v. ) **STIPULATION OF DISMISSAL**
) **WITH PREJUDICE**
KINDRED HOSPITALS EAST, LLC, )
d/b/a "KINDRED HOSPITAL- )
GREENSBORO," )
)
Defendant. )

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Madison Bessie Kidd, as Administrator of the Estate of Edward Randall Kidd, and the defendant, Kindred Hospitals East, LLC d/b/a "Kindred Hospital- Greensboro, hereby stipulate to the dismissal of all claims asserted in this action, with prejudice.

This the 22nd day of November, 2019.

| LAW OFFICE OF DAVID PISHKO, P.A. | FOX ROTHSCHILD LLP |
|---|---|
| */S/ Anna Kalarites* | */S/ Terrill Johnson Harris* |
| Anna Kalarites | Terrill Johnson Harris |
| N.C. State Bar No. 47849 | N.C. State Bar No. 17472 |
| 100 North Cherry Street, Suite 510 | 300 N Greene Street, Suite 1400 |
| Winston-Salem, NC 27101 | Greensboro, NC 27401 |
| Telephone: (336) 310-0088 | Telephone: (336) 378-5383 |
| Fax: (252) 565-0471 | Fax: (336) 378-5400 |
| E-mail: anna@davidpishko.com | E-mail: TJHarris@foxrothschild.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an attorney at law licensed to practice in the State of North Carolina, is attorney for the plaintiff and is a person of such age and discretion as to be competent to serve process.

That on November 22, 2019, she served a copy of the attached **STIPULATION OF DISMISSAL WITH PREJUDICE** by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail at Winston-Salem, North Carolina.

> Terrill Johnson Harris, Esq.
> Fox Rothschild LLP
> 300 N Greene Street
> Suite 1400
> Greensboro, NC 27401

This the 22nd day of November, 2019.

> */S/ Anna Kalarites*
> Anna Kalarites
> Attorney for Plaintiff
> N.C. State Bar No. 47849
> Law Office of David Pishko, P.A.
> 100 North Cherry Street, Suite 510
> Winston-Salem, NC 27101
> Telephone: (336) 310-0088
> Fax: (252) 565-0471
> E-mail: anna@davidpishko.com